IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Case No.: 07-10278 |
| Shannon LeBron Bates, | ) |
| Amy Page Bates, | ) Chapter 13 |
| | ) |
| | ) |
| Debtor(s) | ) |

## STATEMENT REGARDING PAYMENT ADVICES
## OR OTHER EVIDENCE OF PAYMENT

**CERTIFICATION OF DEBTOR**

I hereby certify under penalty of perjury that

__X__ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc., which I can find] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted.*

or

_____ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition.

/s/ Shannon LeBron Bates
Shannon LeBron Bates, Debtor

1/17/07
Date

**CERTIFICATION OF JOINT DEBTOR**

I hereby certify under penalty of perjury that

__X__ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc., which I can find] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted.*

or

_____ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition.

/s/ Amy Page Bates
Amy Page Bates, Joint Debtor

1/17/07
Date

* Other evidence of payment may consist of the debtor's most recent paycheck stub showing year-to-date earnings if the debtor has worked the same job the last 60 days before the date of the filing of the petition.

**Penalty for making a false statement: Fine of up to $500, 000 or imprisonment for up to 5 years, or both. 18 USC §§ 152 & 3571.**

P. BATES                                                                    Date:  01/12/07

| Wages    | Hours   | Amount | YTD Amount | Deductions       | Amount | YTD Amount |
|----------|---------|--------|------------|------------------|--------|------------|
| Salary   | 80.0000 | 781.00 | 781.00     | FICA-SS          | 48.43  | 48.43      |
| Overtime | 0.0000  | 0.00   | 0.00       | FICA-MED         | 11.32  | 11.32      |
|          |         |        |            | Federal WH       | 44.00  | 44.00      |
| Vacation |         |        | 0.00       | State WH         | 33.00  | 33.00      |
| Sick     |         |        | 0.00       | Bradley Wellness | 0.00   | 0.00       |
|          |         |        |            | Credit Union     | 0.00   | 0.00       |
|          |         |        |            | Health Insurance | 0.00   | 0.00       |
|          |         |        |            | Telephone        | 0.00   | 0.00       |
|          |         |        |            | A/R              | 0.00   | 0.00       |
|          |         |        |            | 401(k) % of Gros | 31.24  | 31.24      |
|          |         |        |            | Remainder Ded    | 0.00   |            |
| **Totals** | **80.0000** | **$ 781.00** | **$ 781.00** |                  | **$ 167.99** | **$ 167.99** |

|             | Beginning Bal | YTD Accrued | YTD Used | Available |
|-------------|---------------|-------------|----------|-----------|
| Paid Time Off | 0.0000      | 0.0000      | 0.0000   | 0.0000    |

Net Pay $   613.01

675

01/12/07                            $ 613.01

**Six Hundred Thirteen And 01/100 Dollars**********************************

AMY P. BATES
336 ROGERS DR
RINGGOLD, GA 30736

## APComPower Inc.

### THINK SAFETY - WORK SAFELY

07 3464995

| HOURS | | RATE | | EARNINGS | | OTHER PAY | | PERIOD END |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | 26.30 | 25.48 | 38.22 | 1019.20 | 1005.19 | | | | | 12-04 to 12-10-06 |

| EMPLOYEE INFORMATION | | | | 3464995 |
|---|---|---|---|---|
| SHANNON L BATES 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 B0167 | | | | TOTAL PAY 2024.39 |

| DEDUCTIONS THIS PERIOD | | | | | | YEAR-TO-DATE TOTALS | TOTAL DEDUCTIONS 629.76 |
|---|---|---|---|---|---|---|---|
| FWH 290.25 | MED 29.36 | SOC 125.51 | GASWH 103.66 | UDUES 80.98 | | | NET PAY 1394.63 |

---

## APComPower Inc.

### THINK SAFETY - WORK SAFELY

07 3465036

| HOURS | | RATE | | EARNINGS | | OTHER PAY | | PERIOD END |
|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | REGULAR | OVERTIME | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 8.00 | 2.00 | 25.48 | 38.22 | 203.84 | 76.44 | | | | | 12-11 to 12-17-06 |

| EMPLOYEE INFORMATION | | | | 3465036 |
|---|---|---|---|---|
| SHANNON L BATES 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 B0167 | | | | TOTAL PAY 280.28 |

| DEDUCTIONS THIS PERIOD | | | | | YEAR-TO-DATE TOTALS | TOTAL DEDUCTIONS 33.90 |
|---|---|---|---|---|---|---|
| MED 4.07 | SOC 17.38 | GASWH 1.24 | UDUES 11.21 | | | NET PAY 246.38 |