

# Wilson & Associates, P.L.L.C.
**Attorneys at Law -- Arkansas & Tennessee**

109 Northshore Drive, Suite 302
Knoxville, TN 37919
865-558-5688
Fax: 865-558-9078
Internet: www.wilson-assoc.com

Danny W. Armstrong
Clerk of Court
U.S. Bankruptcy Court, Eastern District
31 East 11th Street
Historic U.S. Courthouse
Chattanooga, TN 37402

RE: Batch Substitution of Counsel
Timothy F. Frost

Dear Mr. Armstrong:

Please be advised that as of September 14, 2007, I, Timothy F. Frost will no longer be an associate attorney with the law firm on Wilson & Associates, P.L.L.C. During my tenure with Wilson & Associates, I filed Notices of Appearance, Motion for Relief from Automatic Stay and other pleadings on behalf of creditors in many cases, none of which I am taking with me.

By this letter, I am requesting that I, Timothy F. Frost, be allowed to withdraw and Matthew T. Tuck, an associate attorney with Wilson & Associates, be substituted as counsel of record in all cases wherein I am listed as counsel of record through September 14, 2007. By his signature on this letter, Mr. Tuck is agreeing to the substitution of counsel in the cases. Pursuant to conversations with Bettye Shelton, Acting Deputy Clerk, Chief Judge Cook will enter a General Order Granting Substitution of Counsel in the cases. I am hopeful that this process will also delete me from receiving any further paper or electronic notices.



FILED
SEP 1 1 2007
U. S. BANKRUPTCY COURT
CHATTANOOGA,
TENNESSEE

If you need any further information or have any questions, please contact me at the number set forth above. Thanking you in advance for your assistance and cooperation in this matter, I remain

Very Truly Yours,

*Timothy Frost* 021477
Timothy F. Frost

I, Matthew T. Tuck, an associate attorney with Wilson & Associates, P.L.L.C, do hereby agree to be substituted as counsel for all cases in which Timothy F. Frost was entered as counsel of record prior to September 14, 2007.

026027
Matthew T. Tuck, Associate Attorney
Wilson & Associates, P.L.L.C.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | ) |
| | ) |
| **Substitution of Counsel** | ) |
| | ) |
| | ) |

## ORDER

Attorney Timothy F. Frost has submitted a letter to the clerk advising that he is no longer an associate attorney with the firm of Wilson & Associates, P.L.L.C., and that during his tenure with that law firm he filed notices of appearance, motions for stay relief, and other pleadings on behalf of creditors in numerous cases. The letter states that attorney Matthew T. Tuck, an associate with the firm of Wilson & Associates, P.L.L.C., should be substituted as counsel of record in all cases in which Mr. Frost was listed as counsel of record through September 14, 2007. Mr. Tuck has also stated in the letter that he agrees to be substituted as counsel of record in the aforesaid cases. The court will treat the letter as a motion for substitution of counsel in all of the aforesaid cases, and the motion is granted. The clerk will take the appropriate action to reflect the substitution of counsel in the aforesaid cases, and a docket entry will be created in each case that shows the substitution of counsel for the particular creditor in that case.

JOHN C. COOK
Chief United States Bankruptcy Judge

ENTERED
SEP 14 2007
CLERK
U.S. BANKRUPTCY COURT
CHATTANOOGA, TN