## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In re: SHANNON LEBRON BATES            Case: 07-10278
     AMY PAGE BATES
                 Debtor(s)           Date: November 14, 2007

## MOTION TO DISMISS COMBINED WITH
## NOTICE OF THE MOTION AND OF HEARING THEREON

The trustee in this case states that the debtor is in material default with respect to the terms of the plan as confirmed by the Court in that the payments by or for the debtor to the trustee have not been made as proposed.

WHEREFORE, the trustee moves that the subject case be dismissed.

| PLACE OF HEARING | DATE AND TIME OF |
|---|---|
| 31 East 11th Street | |
| Historic Post Office | December 13, 2007 |
| 3rd Floor, Courtroom | |
| Chattanooga, TN  37402 | - - - - -9:00 A.M.- - - - |

You are hereby notified that the above motion has been set for hearing at the place and time indicated hereon.  You may appear at the stated time and place and offer evidence in support of or in opposition to such motion.

If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                                        /s/C. Kenneth Still
                                        Chapter 13 Trustee

## CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the foregoing Notice to Dismiss has been served upon the following by first class United States Mail, with sufficient postage affixed, by ECF through the Bankruptcy Court, or E-Mail.

 CC:
      SHANNON LEBRON BATES
      AMY PAGE BATES
      336 ROGERS DRIVE

      RINGGOLD, GA 30736
                                          /s/S.D.Hart
                                          Chapter 13 Office Clerk
                                          Dated: November 14, 2007

      MARK T YOUNG & ASSOCIATES
      Served Electronically Via ECF