# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

NOV 0 4 2008

In Re:
Shannon LeBron Bates
xxx-xx-3712
Amy Page Bates
xxx-xx-0238
    Debtor(s)

Case Number: 1:07-bk-10278
Chapter: 13

## CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

| Certification of Debtor | Certification of Joint Debtor |
|---|---|
| I hereby certify under penalty of perjury that | I hereby certify under penalty of perjury that |
| [X] I am not required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A). | [X] I am not required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A). |
| or | or |
| [ ] I am required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A), **AND** all amounts payable under such order or such statute that are due on or before the date of this certification (including amounts due before the petition commencing this Chapter 13 case was filed, to the extent provided for by the Chapter 13 plan confirmed in this case) have been paid. | [ ] I am required by judicial or administrative order, or by statute, to pay a domestic support obligation, as that term is defined by 11 U.S.C. § 101(14A), **AND** all amounts payable under such order or such statute that are due on or before the date of this certification (including amounts due before the petition commencing this Chapter 13 case was filed, to the extent provided for by the Chapter 13 plan confirmed in this case) have been paid. |
| X _Shannon Bates_<br>[SIGNATURE OF DEBTOR]<br>Date: X 10/27/08 | X _Amy Bates_<br>[SIGNATURE OF JOINT DEBTOR]<br>Date: X 10-27-08 |

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*