# United States Bankruptcy Court
## FOR THE
## EASTERN DISTRICT OF TENNESSEE
Office of the Chapter 13 Trustee

Page 1

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

In RE: **SHANNON LEBRON BATES**  Case Number 07-10278-JCC  Report Printed 12/9/2008

Paid Out  SS #: xxx-xx-3712   xxx-xx-0238
Plan Filed: 1/19/2007  Plan Confirmed: 3/1/2007  Case Concluded: 10/20/2008
Attorney: MARK T YOUNG & ASSOCIATES  Case Type: P

C. Kenneth Still, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1) and 704(9).

SHANNON LEBRON BATES
AMY PAGE BATES
336 ROGERS DRIVE
RINGGOLD GA 30736

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.   $96,504.75

| Creditor Name | Clm Num | Class | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK | 001-0 | Uns | 7,137.43 | 7,137.43 | | | $0.00 |
| WACHOVIA BANK N A | 002-0 | Sec | 15,000.00 | 15,000.00 | | 1,397.37 | $0.00 |
| WACHOVIA BANK N A | 002-1 | Uns | 3,065.55 | 3,065.55 | | | $0.00 |
| ROUNDUP FUNDING LLC | 003-0 | Uns | 906.20 | 906.20 | | | $0.00 |
| FIRST CITIZENS BANK | 004-0 | Sec | 12,624.61 | 12,624.61 | | 1,148.97 | $0.00 |
| FIRST CITIZENS BANK | 005-0 | Sec | 0.00 | | | | $0.00 |
| CHASE HOME FINANCE | 006-0 | Sec | 18,005.16 | 18,005.16 | | | CrPaid |
| CHASE HOME FINANCE | 006-1 | Sec | 1,000.00 | 1,000.00 | | | CrPaid |
| LVNV FUNDING LLC | 007-0 | Uns | 5,649.22 | 5,649.22 | | | $0.00 |
| eCAST SETTLEMENT CORP | 008-0 | Uns | 4,742.65 | 4,742.65 | | | $0.00 |
| eCAST SETTLEMENT CORP | 009-0 | Uns | 1,292.59 | 1,292.59 | | | $0.00 |
| LVNV FUNDING LLC | 010-0 | Uns | 8,789.87 | 8,789.87 | | | $0.00 |
| ROUNDUP FUNDING LLC | 011-0 | Uns | 8,011.42 | 8,011.42 | | | $0.00 |
| CITIFINANCIAL RETAIL SERVICES | 012-0 | Sec | 600.00 | 600.00 | | 51.79 | $0.00 |
| GEORGIA DEPT OF REVENUE** | 601-0 | Pri | 0.00 | | | | Not Filed |
| CLERK U S BANKRUPTCY COURT | 798-0 | Adm | 274.00 | 274.00 | | | $0.00 |
| MARK T YOUNG & ASSOCIATES | 799-0 | Leg | 2,000.00 | 2,000.00 | | | $0.00 |
| SHANNON LEBRON BATES | 999-0 | Dbt | 2,481.54 | 2,481.54 | | | $0.00 |
| C KENNETH STILL TRUSTEE | TRS-0 | Tru | 2,326.38 | 2,326.38 | | | $0.00 |

# United States Bankruptcy Court
FOR THE
EASTERN DISTRICT OF TENNESSEE
Office of the Chapter 13 Trustee
**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

In RE: **SHANNON LEBRON BATES**  Case Number 07-10278-JCC  Report Printed 12/9/2008

| Creditor Name | Clm Num | Class | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $47,229.77 | $0.00 | $39,594.93 | $274.00 | $2,000.00 | $0.00 | $4,807.92 |  |  |
| Total Paid | $49,827.90 | $0.00 | $39,594.93 | $274.00 | $2,000.00 | $0.00 | $4,807.92 |  |  |
| Total Int Pd | $2,598.13 | $0.00 | $0.00 | $0.00 | $0.00 |  | $0.00 |  |  |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | $0.00 | Total Paid | $96,504.75 |

(* Only includes General Unsecured claims which were (a) timely filed. (b) not Withdrawn. (c) not Disallowed by Court. (d) not paid by third party. (e) not paid as a special class. and (f) not a tax penalty.)

WHEREFORE, the Trustee requests a Final Decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, and grants such other relief as may be just and proper.

/s/ C. KENNETH STILL
_____
C. KENNETH STILL TRUSTEE